GOLDE PLOXIN, as Administratrix of the Estate of LOUIS
　　PLOXIN, Deceased, Appellant, *v.* BROOKLYN HEIGHTS
　　RAILROAD COMPANY, Respondent.

*Ploxin* v. *Brooklyn Heights R. R. Co.*, 171 App. Div. 925, affirmed.
(Argued January 22, 1917; decided February 6, 1917.)

APPEAL from a judgment, entered November 29, 1915,
upon an order of the Appellate Division of the Supreme
Court in the second judicial department, reversing a
judgment in favor of plaintiff entered upon a verdict
and directing a dismissal of the complaint in an action to
recover for the death of plaintiff's intestate alleged to
have been occasioned through the negligence of the
defendant.　The intestate was killed while walking
across Fulton street in the borough of Brooklyn by a
west-bound car of the defendant.　He crossed in the mid-
dle of the block between Jay and Lawrence streets, and,
according to the evidence of two witnesses for the plain-
tiff, was hit by a trolley car on the further track.　At
the time of the accident the night was clear, the street
and the car in question were lighted, and the view for
several hundred feet unobstructed, with no car or other
vehicle in the street to distract the attention of the
deceased from the car that struck and killed him.　The
Appellate Division dismissed the complaint upon the
stated ground that the plaintiff's evidence establishes as
matter of law that decedent was guilty of contributory
negligence.

*Thomas J. O'Neill* and *Leonard F. Fish* for appellant.

*John L. Wells* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK
and CRANE, JJ.　Dissenting: HOGAN and CARDOZO, JJ.